FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK, N.A., TRUSTEE FOR LEHMAN BROTHERS – BNC MORTGAGE LOAN TRUST 2007-2,<br><br>Plaintiff,<br><br>v.<br><br>KOJO ASSASEPA, et al.,<br><br>Defendants. | No. CV 12-4980 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING ACTION TO STATE COURT |

The Court will summarily remand this "Verified Complaint For: (1) Quiet Title [*etc.*]," Case No. CIVVS 1102656, to state court.

On June 7, 2012, defendants Kojo Assasepa and Mooya Ollie Assasepa (together, "defendants"), having been sued in California state court, lodged a Notice of Removal of that action to this Court. On June 19, 2012, the Court ordered that defendants' request to proceed *in forma pauperis* be denied. The action was therefore terminated because of defendants' failure to tender the filing fee.

The Court issues this Order to remand the action to state court in order that the action may proceed therein. *See* 28 U.S.C. § 1447(c).

///

///

///

1     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
2 Superior Court of California, County of San Bernardino, Victorville Courthouse, 14455
3 Civic Drive, Victorville, California 92392; (2) the Clerk send a certified copy of this
4 Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

5     IT IS SO ORDERED.

7 DATED: 9/5/2012

8                                                          /s/ A.B. Collins
9                                                    AUDREY B. COLLINS
                                                    Chief United States District Judge

11 Presented by:

13 /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
14 United States Magistrate Judge